IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

GERTRUDE L. HENSON                    * CASE NO 09-16971

Debtor                                * CHAPTER 7

* * * * * * * * * * * * * * * * * * * * * * * * * *

DEBTOR'S  MOTION TO REOPEN CHAPER 7 CASE


Gertrude L. Henson, Debtor, by Robert W. Thompson, her attorney, pursuant to 11 U.S.C. § 350 (b) and Bankruptcy Rule 5010, files this Motion to Reopen Case 13 Case and in support thereof says:

1.  That the debtor filed a Chapter 7 case on April 21, 2009.

2.  That the debtor received a Chapter 7 Discharge on June 8, 2010.

3.  That the debtor is now requesting that her case be reopened to amend the Statement of Financial Affairs and Schedules B and C. to add a personal injury claim that was pending at the time of the bankruptcy.

4.  That the omission of this claim was not done in bad faith but the result of the debtor not understanding that said claim is an asset of the bankruptcy estate even though she may not make a recovery from said claim for a long time or possibly not at all.

WHEREFORE, the debtor requests that the Court allow her case to be reopened for the purposes stated above.

/s/ Robert W. Thompson
Robert W. Thompson
134 Holiday Court
Suite 301
Annapolis, MD 21401
410 841-5060
Federal Bar No. 01754
Attorney for the Debtor

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  26th Day of June 2014 a copy of the

Motion to Reopen Chapter 7 case was electronically mailed to the Chapter 7

Trustee and the U.S. Trustee.

/s/ Robert W. Thompson
Robert W. Thompson