IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

GERTRUDE L. HENSON                    * CASE NO 09-16971

    Debtor                                              *   Chapter 7
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER GRANTING RECONSIDERATION TO REOPEN CLOSED CASE

Upon consideration of the Debtors' Motion it is,

ORDERED, by the Court, that said Motion To Reopen Chapter 7 Case is hereby granted.

CC: Debtors
    Debtors' attorney
    Chapter 13 Trustee
    U.S. Trustee
    And all creditors on the Mailing Matrix

END OF ORDER