Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

---

Bankruptcy Proceeding No.:  09−16971
Judge:  Robert A. Gordon

In Re:      Gertrude Lavonne Henson
            Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 1−B, Baltimore, MD 21201

on 8/25/14 at 11:00 AM

to consider and act upon the following:

27 – Motion to Reopen Chapter 7 Case. Fee Amount $260. Filed by Gertrude Lavonne Henson. (Attachments: # 1 Proposed Order) (Thompson, Robert)

---

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

---

Dated: 7/18/14

Mark A. Neal, Clerk of Court
by Deputy Clerk, Booker Livingston