United States Bankruptcy Court
District of Maryland

In re:                                                      Case No. 09-16971-RAG
Gertrude Lavonne Henson                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-1          User: blivingst          Page 1 of 1          Date Rcvd: Jul 18, 2014
                             Form ID: ntchrgbk         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2014.
db           Gertrude Lavonne Henson,   780 Mago Vista Rd,   Arnold, MD 21012-1139
cr          #+Mariner Finance LLC,   3301 Boston Street,   Baltimore, MD 21224-4979,   U.S.A.
25147774     Alarcrity Collections Corp,   PO Box 589,   Riva, MD 21140-0589
25147775     Andrew Averbach, MD PA,   700 Geipe Rd Ste 203,   Catonsville, MD 21228-4176
25147810    +Anne Arundel County, Maryland,   Office of Law,   2660 Riva Road, 4th Floor,
             Annapolis, MD 21401-7055
25147776    +Anne Arundel Medical Center,   2001 Medical Parkway,   Annapolis, MD 21401-3019
25147777     Baltimore Washington Medical Center,   University Of MD Medical System,   PO Box 5995,
             Peoria, IL 61601-5995
25147812    +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
             Baltimore, MD 21201-2305
25147780     Delmarva Collections,   820 E Main St,   Salisbury, MD 21804-5025
25147781     Henderson-Webb, Inc.,   C/O Rupp & Associates,   30 E Padonia Rd Ste 400,
             Timonium, MD 21093-2310
25147783     LVNN,   PO Box 10584,   Greenville, SC 29603-0584
25147782     Langton Green Inc,   3016 Arundel On the Bay Rd,   Annapolis, MD 21403-4302
25147784     Mariner Finance,   7400 Ritchie Hwy Ste D,   Glen Burnie, MD 21061-3124
25202208    #+Mariner Finance LLC,   3301 Boston Street,   Baltimore, MD 21224-4979
25147785     Matthew P. Gorman, Esq,   O'Malley, Miles, Et Al,   PO Box 689,   Greenbelt, MD 20768-0689
25147787     NCO Financial,   2550 E Stone Dr Ste 250,   Kingsport, TN 37660-0801
25147788     Receivables Management Bureau,   6712 Deane Hill Dr,   Knoxville, TN 37919-5969
25147811    +State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
             Baltimore, MD 21201-2201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: rmscedi@recoverycorp.com Jul 18 2014 19:47:27     Capital Recovery III LLC,
             c/o Recovery Management Systems Corp.,   25 SE 2nd Avenue,   Suite 1120,   Miami, FL 33131-1605
25147778     E-mail/Text: banko@berkscredit.com Jul 18 2014 19:50:03     Berks Credit & Col,   PO Box 329,
             Temple, PA 19560-0329
25147779    +E-mail/Text: bankruptcy@cavps.com Jul 18 2014 19:43:33     Cavalry Portfolio Svc,
             7 Skyline Dr 3rd Fl,   Hawthorne, NY 10532-2162
25147786     E-mail/Text: bankruptcydepartment@ncogroup.com Jul 18 2014 19:44:00     NCO Fin 99,
             PO Box 41466,   Philadelphia, PA 19101
                                                                                        TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2014                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2014 at the address(es) listed below:
        Prabir Chakrabarty    pchakrabarty@marinerfinance.com,  pchakus@yahoo.com
        Richard M. Kremen    trustee.kremen@dlapiper.com,  rkremen@ecf.epiqsystems.com
        Robert W. Thompson    50bob@msn.com,  rwt01754@yahoo.com
                                                                                        TOTAL: 3

Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

---

Bankruptcy Proceeding No.:  09−16971
Judge:  Robert A. Gordon

In Re:    Gertrude Lavonne Henson
          Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 1−B, Baltimore, MD 21201

on 8/25/14 at 11:00 AM

to consider and act upon the following:

27 – Motion to Reopen Chapter 7 Case. Fee Amount $260. Filed by Gertrude Lavonne Henson. (Attachments:
# 1 Proposed Order) (Thompson, Robert)

---

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

---

Dated: 7/18/14

Mark A. Neal, Clerk of Court
by Deputy Clerk, Booker Livingston