_____RETAIN

_____

**Robert A. Gordon , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y N
Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 7

CTR

Date: 08/25/2014 Time: 11:00

**CASE: 09-16971 Gertrude Lavonne Henson**

Robert W. Thompson representing Gertrude Lavonne Henson (Debtor)

representing Richard M. Kremen (Trustee) *R. LATESTA*

[27] Motion to Reopen Chapter 7 Case. Fee Amount $ 260. Filed by Gertrude Lavonne Henson. (Attachments: #s1 Proposed Order)

**MOVANT** : Gertrude Henson BY R Thompson

DISPOSITIONS:

   Granted ___ Denied____ Withdrawn____ Consent____ Default___ Under Adv.___

   Moot_____ Dismissed_____ Overruled_____ Sustained_____ O.T.J. Fee_____

   Continued to: _____

DECISION:

   [ ] Signed by Court            [ ] Filed by Counsel
   [ ] To be prepared by:
         [ ] Movant's counsel         [ ] Court
         [ ] Respondent's counsel     [ ] Other _____

NOTES:

— Trustee shall be reappointed

— Lack of disclosure.

8-25-14 

RECEIVED

AUG 2 5 2014

CLERK'S OFFICE
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE