

_____
ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | | |
|---|---|---|---|
| In Re: | * | | |
| Gertrude Lavonne Henson | * | Case No. | 09-16971-RAG |
| | * | Chapter | 7 |
| | * | | |
| | * | | |
| Debtor(s) | * | | |

**ORDER REOPENING CASE**
**AND DIRECTING APPOINTMENT OF TRUSTEE**

  Upon consideration of the Debtor's Motion to Reopen Chapter 7 Case pursuant to 11 U.S.C. § 350(b) and Federal Bankruptcy Rule 5010 and cause appearing, and it further appearing that a trustee is necessary to protect the interests of creditors and the Debtor(s) and to assure efficient administration of the case, it is, by the United States Bankruptcy Court for the District of Maryland,

  ORDERED, that the motion is granted, and the Clerk shall reopen the case; and it is further

  ORDERED, that the trustee from the prior administration of the case shall be reappointed.

  cc: Debtor(s)' Attorney – Robert W. Thompson
     Debtor(s)
     U.S. Trustee
     Trustee

**End of Order**